# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| ROGER J. McCONKIE, Receiver for MADISON REAL ESTATE GROUP, LLC; OKLAHOMA SUNNYVIEW, LP; and OKLAHOMA OVERLAKE LP,<br><br>Plaintiff,<br><br>v.<br><br>LEW S. McGINNIS; MACCO PROPERTIES; SEP SUNNYVIEW INVESTORS, LLC, an Oklahoma limited partnership; and MIP OVERLAKE APARTMENTS, LLC, an Oklahoma limited partnership,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER<br><br><br><br>Case No. 2:09cv274<br><br><br><br><br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Paul M. Warner |

This matter was referred to Magistrate Judge Paul M. Warner by District Judge Clark Waddoups pursuant to 28 U.S.C. § 636(b)(1)(A).[1] Before the court is Zachary Weyher's, counsel for Lew S. McGinnis; Macco Properties, Inc.; SEP Sunnyview Investors, LLC; and MIP Overlake Apartments, LLC, motion to withdraw as attorney of record.[2] For the reasons set forth in this court's Memorandum Decision and Order dated February 3, 2011,[3] Mr. Weyher's motion

---

[1] *See* docket no. 30.

[2] *See* docket no. 57.

[3] *See* docket no. 56.

is **DENIED**. Mr. Weyher may refile his motion if and when he complies with the applicable local rules.

**IT IS SO ORDERED.**

DATED this 9th day of February, 2011.

BY THE COURT:

PAUL M. WARNER
United States Magistrate Judge